UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| In re:<br>David Farrell Jenkins<br>   DBA Jenkins Custom Jewelers of Michigan<br><br>Debtor(s) | Case No. 14-21837-dob |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Thomas McDonald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/13/2014.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 02/26/2015.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $25,061.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,750.00 |
| Less amount refunded to debtor | $1,750.00 |

**NET RECEIPTS:** **$0.00**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1 and 1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| 75th District Court | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Secured | 27,103.00 | 26,239.49 | 26,239.49 | 0.00 | 0.00 |
| Bay City Mall Assoc | Unsecured | 6,879.00 | NA | NA | 0.00 | 0.00 |
| Blasy Electric | Unsecured | 17,790.00 | NA | NA | 0.00 | 0.00 |
| CAN Capital Merchant Services Inc f/k/a | Unsecured | 33,994.00 | 33,994.25 | 33,994.25 | 0.00 | 0.00 |
| CBM Services Inc | Unsecured | 4,200.00 | 979.61 | 979.61 | 0.00 | 0.00 |
| Charter Media | Unsecured | 2,029.00 | NA | NA | 0.00 | 0.00 |
| Cincinnati Insurance Company | Unsecured | 857.00 | NA | NA | 0.00 | 0.00 |
| City of Midland | Unsecured | 89.00 | 118.03 | 118.03 | 0.00 | 0.00 |
| City of Midland | Priority | 0.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| City of Midland | Secured | 647.00 | 2,642.00 | 2,642.00 | 0.00 | 0.00 |
| City of Midland | Secured | 0.00 | 356.57 | 356.57 | 0.00 | 0.00 |
| City of Midland | Secured | 0.00 | 1,311.83 | 1,311.83 | 0.00 | 0.00 |
| City of Midland | Secured | 0.00 | 889.86 | 889.86 | 0.00 | 0.00 |
| City of Midland | Unsecured | 0.00 | 300.32 | 300.32 | 0.00 | 0.00 |
| Crossroads Outdoor LLC | Unsecured | 6,000.00 | 6,500.00 | 6,500.00 | 0.00 | 0.00 |
| Daniel Webeman & Assoc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DNR Diamonds | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gladwin County Record | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| Gold Trade Center d/b/a Findings Outlet | Unsecured | 5,617.00 | NA | 5,716.00 | 0.00 | 0.00 |
| Integrity Payment Solutions | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Secured | 10,563.00 | 6,240.00 | 6,240.00 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 33,225.57 | 33,225.57 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 40,418.65 | 40,418.65 | 0.00 | 0.00 |
| Lambert Leser | Unsecured | 13,228.00 | 12,728.02 | 12,728.02 | 0.00 | 0.00 |
| Mark Wasvary | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MI Department of Treasury | Unsecured | 0.00 | 36,668.00 | 36,668.00 | 0.00 | 0.00 |
| MI Department of Treasury | Priority | 0.00 | 18,464.51 | 18,464.51 | 0.00 | 0.00 |
| Mid Michigan Physicians Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Country Club | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland County Treasurer | Secured | 0.00 | 3,186.35 | 3,186.35 | 0.00 | 0.00 |
| Midland Investment Co | Unsecured | 5,450.00 | NA | NA | 0.00 | 0.00 |
| Midland Mall | Unsecured | 20,582.00 | NA | NA | 0.00 | 0.00 |
| MS Barken | Unsecured | 8,736.00 | NA | NA | 0.00 | 0.00 |
| MTM Company | Unsecured | 2,290.00 | NA | NA | 0.00 | 0.00 |
| Muller Muller Richmond Harms et al PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| R&B Enterprise | Unsecured | 1,125.00 | NA | NA | 0.00 | 0.00 |
| RDI Diamond | Unsecured | 36,041.00 | NA | 35,908.02 | 0.00 | 0.00 |
| SBT Imports | Secured | 131,169.00 | NA | 128,769.17 | 0.00 | 0.00 |
| SK Diamonds | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Spectral Gems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Spectral Gold | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| State of Michigan | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Thomas Evans | Secured | 55,000.00 | NA | NA | 0.00 | 0.00 |
| Visa 1st Data Merchant Services | Unsecured | 9,816.00 | NA | NA | 0.00 | 0.00 |
| Waste Management | Unsecured | 1,325.00 | NA | 1,329.47 | 0.00 | 0.00 |
| Wolverine Bank | Secured | 86,479.00 | NA | 85,721.17 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $255,356.44 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$255,356.44** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $51,720.08 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$51,720.08** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$174,660.37** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

     12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/30/2015          By: /s/ Thomas McDonald
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.